UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2852 JGB (SPx)** | Date | May 7, 2026 |
|---|---|---|---|
| Title | ***Bradley Ridges v. US Collections West Inc., et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause (IN CHAMBERS)**

Plaintiff Bradley Ridges ("Plaintiff") filed a complaint against defendants US Collections West, Inc. ("Collections") and Experian Information Solutions, Inc. ("Experian") on October 28, 2025. ("Complaint," Dkt. No. 1.) On January 5, 2026, Experian filed an answer to the Complaint. (Dkt. No. 15.) Collections has not filed an answer in the instant case. On January 15, 2025, Plaintiff filed a notice of settlement as to Collections. (Dkt. No. 16.) On May 5, 2025, Plaintiff filed a stipulation to dismiss the instant case against Experian and indicated that the case would proceed against Collections. (Dkt. No. 22.) Given the notice of settlement previously filed by Plaintiff as to Collections, the Court **ORDERS** Plaintiff to **SHOW CAUSE** by **May 14, 2026** as to why this action should not be closed.

**IT IS SO ORDERED.**

---

| Page **1** of **1** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk MG |
|---|---|---|